IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIM LAFLEUR,

    Plaintiff,

v.                                                      CASE NO. 1:04-cv-00007-MP-AK

FORD MOTOR COMPANY,
a foreign corporation, and
DUNLOP TIRE CORPORATION
a dissolved corporation

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 86, the Joint Motion for Dismissal with Prejudice with regard to Dunlop Tire Corporation, and Doc. 87, Joint Stipulation For Dismissal with Prejudice with regard to Ford Motor Company. In these motions, the parties indicate that they have resolved all issues between them and jointly request an order dismissing this case with prejudice. Accordingly, it is hereby

ORDERED and ADJUDGED the claims against Dunlop Tire Corporation and Defendant Ford Motor Company are dismissed with prejudice with each party to bear its own costs, expenses and attorney's fees. If any party desires for the Court to retain jurisdiction to ensure that settlement is effected, the party must so inform the Court in writing by Friday, May 13, 2005.

    **DONE AND ORDERED** this  *3rd*   day of May, 2005

                                      *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge